UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD JOHNSON, </br></br> Plaintiff, </br></br> v. </br></br> HADAD PETROLEUM, INC., a California corporation d/b/a ARCO; and DOES 1-10, Inclusive, </br></br> Defendants. | Case No.: 14-CV-02530-LHK </br></br> **CASE MANAGEMENT ORDER** |

Plaintiff's Attorneys: Irene Karbelashvili; Kenneth J. Pinto
Defendant's Attorney: Melissa Wood Eisenberg

A case management conference was held on December 10, 2014. A further case management conference was set for March 18, 2015, at 2:00 p.m. The parties shall file their joint case management statement by March 11, 2015.

The parties are scheduled to participate in court-sponsored mediation on December 18, 2014. The parties shall file a joint settlement status report by January 5, 2015.

The Court grants Plaintiff's unopposed request for 50 interrogatories.

The Court set the following case schedule:

FACT DISCOVERY CUTOFF is June 11, 2015.

EXPERT DISCOVERY:
    Opening Reports: June 25, 2015
    Rebuttal Reports: July 9, 2015
    Cutoff: July 23, 2015

DISPOSITIVE MOTIONS shall be filed by August 13, 2015, and set for hearing on October 1, 2015, at 1:30 p.m. Each side may file only one dispositive motion in the entire case.

PRETRIAL CONFERENCE DATE is November 19, 2015, at 1:30 p.m.

JURY TRIAL DATE is December 14, 2015, at 9 a.m. in courtroom 8, 4th floor.

TRIAL LENGTH is estimated to be 2 days.

**IT IS SO ORDERED.**

Dated: December 10, 2014

_____
LUCY H. KOH
United States District Judge