UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HADAD PETROLEUM, INC., a California corporation d/b/a ARCO; and DOES 1-10, Inclusive,<br><br>　　　　　Defendants. | Case No.: 14-CV-02530-LHK<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The case management conference set for March 18, 2015, at 2:00 p.m. is hereby CONTINUED to July 8, 2015, at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: March 13, 2015

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　United States District Judge

1

Case No.: 14-CV-02530-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE