UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| RICHARD JOHNSON,<br><br>        Plaintiff,<br><br>    v.<br><br>HADAD PETROLEUM, INC., a California corporation d/b/a ARCO; and DOES 1-10, Inclusive,<br><br>        Defendant(s). | Case No. 14-CV-02530-LHK<br><br>**ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT** |

The parties have failed to file a joint case management statement 7 days in advance of the case management conference set for July 8, 2015, at 2:00 p.m. *See* Civ. L.R. 16-10(d). The parties are hereby ORDERED to file one joint case management statement by Monday, July 6, 2015, at noon. The statement shall "report[] progress or changes since the last statement was filed and mak[e] proposals for the remainder of the case development process." *Id.*

**IT IS SO ORDERED**.

Dated: July 1, 2015

                                      *Lucy H. Koh*
                                LUCY H. KOH
                                United States District Judge