UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>HADAD PETROLEUM, INC., a California corporation d/b/a ARCO; and DOES 1-10, Inclusive,<br><br>    Defendant(s). | Case No. 14-CV-02530-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiff's Attorney: Irakli Karbelashvili
Defendant's Attorney: Jennifer Letulle

    A case management conference was held on July 8, 2015. A further case management conference was set for October 1, 2015, at 1:30 p.m. The parties shall file their joint case management statement by September 24, 2015.

    Ms. Letulle shall file a notice of appearance with this Court by July 9, 2015.

    The Court hereby REFERS the parties to a settlement conference with U.S. Magistrate Judge Nathanael Cousins with a deadline of September 15, 2015. Plaintiff shall serve his demand on Defendant by July 17, 2015.

    The case schedule remains as follows:

| Scheduled Event | Date |
|---|---|
| Rebuttal Expert Reports | July 9, 2015 |
| Close of Expert Discovery | July 23, 2015 |
| Last Day to File Dispositive Motions | August 13, 2015 |
| Hearing on Dispositive Motions | October 1, 2015, at 1:30 p.m. |
| Further CMC | October 1, 2015, at 1:30 p.m. |
| Final Pretrial Conference | November 19, 2015, at 1:30 p.m. |
| Jury Trial | December 14, 2015, at 9:00 a.m. |
| Length of Trial | 2 days |

**IT IS SO ORDERED**.

Dated: July 8, 2015

_____
LUCY H. KOH
United States District Judge

2

Case No. 14-CV-02530-LHK
CASE MANAGEMENT ORDER