Irene Karbelashvili, State Bar Number 232223
Law Office of Irene Karbelashvili
12 South First Street, Suite 413
San Jose, CA 95113
Telephone: (408) 295-0137
Fax: (408) 295-0142

Kenneth J. Pinto, State Bar Number 221422
Law Office of Kenneth J. Pinto
12 South First Street, Suite 713
San Jose, CA 95113
Telephone: (408) 289-1765
Fax: (408) 289-1754

Attorneys for RICHARD JOHNSON, Plaintiff

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>HADAD PETROLEUM, INC., a California corporation d/b/a ARCO; and DOES 1-10, Inclusive,<br><br>    Defendants. | **Case No. 5:14-CV-02530 LHK**<br><br>*Civil Rights*<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND ~~(PROPOSED)~~ ORDER**<br>**[F.R.C.P.§§ 41(a)(1)(ii)]** |

    Plaintiff RICHARD JOHNSON and Defendant HADAD PETROLEUM, INC., a California corporation d/b/a ARCO, by and through their attorneys of record, file this Stipulation and Order of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure §§ 41(a)(1)(ii). Plaintiff filed this lawsuit on October 30, 2014. Defendant, who

has answered the complaint, agrees to the dismissal with prejudice. Plaintiff and Defendant further stipulate that each side shall pay its own attorneys' fees and costs.

Defendant has agreed to make their "best efforts" to remedy all known ADA violations, except those that are not readily achievable.  Defendant will not undertake to remedy barriers that are deemed not readily achievable by the parties. Items deemed not readily achievable are identified and set forth in the settlement agreement negotiated between the parties.  Any repairs to be made to remedy known ADA violations set forth in the settlement agreement negotiated between the parties.

This case is not a class action, and no receiver has been appointed.

Wherefore, Plaintiff and Defendant, by and through their attorneys of record, so stipulate.

DATED: August 19, 2015        By:*/s/  Kenneth J. Pinto*
                              KENNETH J. PINTO
                              Attorneys for Plaintiff RICHARD JOHNSON


DATED: August 19, 2015        BY:*/s/ Melissa Wood Eisenberg*
                              MELISSA WOOD EISENBERG
                              Attorney for Defendant HADAD PETROLEUM,
                              INC., a California corporation d/b/a ARCO


### FILER'S ATTESTATION

1  Pursuant to Local Rule 5-1, I hereby attest that on August 19, 2015, I, Kenneth J. Pinto, received the concurrence of Melissa Wood Eisenberg, Esq. in the filing of this document.

By:  */s/ Kenneth J. Pinto*
KENNETH J. PINTO

### ~~PROPOSED~~ ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

1. The lawsuit against Defendant is dismissed with prejudice.

2. Each side shall pay its own attorneys' fees and costs.

The Clerk shall close the case file.

Dated:  August 20, 2015

*Lucy H. Koh*
The Hon. Lucy H. Koh
United States District Court Judge